## *John Van Cott* v. *Nathaniel Negus.*

TRESPASS on the case, brought in the common pleas, against the defendant, for so negligently and unskilfully managing his vessel, that she ran foul of, and injured the vessel of the plaintiff, and disabled some of his sailors. The jury found a verdict for the plaintiff, with six cents damages, and six cents costs. It was submitted to the court to determine, whether the plaintiff should recover his costs, or pay costs to the defendant.

*Per Curiam.* We think the defendant entitled to receive costs from the plaintiff.